**2002–1885. State v. Beckett.**

Tuscarawas App. No. 2001AP010002, 2001-Ohio-1793. On motion for leave to file delayed appeal and on motion to dismiss. Motion for leave to file delayed appeal denied.

COOK, J., concurs and notes that the motion to dismiss is moot.

**2002–1905. State v. Moore.**

Franklin App. No. 01AP–713. On motion for leave to file delayed appeal. Motion granted.

RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**2002–1978. State v. Brandt.**

Tuscarawas App. No. 2002AP020008, 2002-Ohio-5474. On motion for stay of court of appeals' judgment. Motion denied.

MOYER, C.J., dissents.

# APPEALS ACCEPTED FOR REVIEW

**2002–1442. State v. Urbin.**

Lorain App. No. 01CA007846, 2002-Ohio-3410.

COOK and LUNDBERG STRATTON, JJ., dissent.

**2002–1505. Heiney v. The Hartford.**

Franklin App. No. 01AP–1100, 2002-Ohio-3718.

COOK, J., would allow and would hold this cause for the decision in 2001–1843, *Ferrando v. Auto-Owners Mut. Ins. Co.,* Ashtabula App. No. 2000–A–0038.

RESNICK and LUNDBERG STRATTON, JJ., dissent.

**2002–1582. State v. Smith.**

Cuyahoga App. No. 80434, 2002-Ohio-4091. Discretionary appeal allowed; cause consolidated with 2002–1645, *State v. Smith,* Cuyahoga App. No. 80434, 2002-Ohio-4091; causes held for the decision in 2002–0201, *State v. Fisher,* Franklin App. No. 01AP–614, 2001-Ohio-8772; and briefing schedule stayed.

F.E. SWEENEY, J., dissents.

**2002–1722. State v. Newman.**

Summit App. No. 20981, 2002-Ohio-4250. Discretionary appeal allowed and cause consolidated with 2002–1723, *State v. Newman,* Summit App. No. 20981, 2002-Ohio-4250.

MOYER, C.J., concurs and would hold the causes for the decision in 2002–0351 and 2002–0422, *State v. Comer,* Lucas App. No. L–99–1296, 2002-Ohio-233.

RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.